[No. 70822-8-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ORESTE LAZAR DUANES-GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00755-6, Michael Hayden, J., entered August 29, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.

[No. 70900-3-I.   Division One.   November 10, 2014.]

*In the Matter of the Marriage of* JULIE DAVIS, *Respondent*, and PAUL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-3-00642-3, Ira Uhrig, J., entered August 30, 2013. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 71012-5-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES THOMAS WOODRUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00150-5, Michael T. Downes, J., entered October 10, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Trickey, JJ.

[No. 71117-2-I.   Division One.   November 10, 2014.]

JOSEPHINE JOHNSON, *Appellant*, v. SNOHOMISH COUNTY ET AL., *Defendants*, THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-04005-1, Richard T. Okrent, J., entered October 16, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Appelwick, J.